# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 09-821-SLR<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER REGARDING
## BRIEFING ON MOTION FOR LEAVE TO INTERVENE

WHEREAS, the proceedings have been expedited due to the pendency of a Motion for Preliminary Injunction (D.I. 3) filed by Plaintiff State of Delaware Department of Natural Resources and Environmental Control ("DNREC"); and

WHEREAS, Proposed Intervenor-Defendant Philadelphia Regional Port Authority ("PRPA") has filed a Motion for Leave to Intervene (D.I. 10) and Plaintiff DNREC has stated its intention to oppose the motion; Proposed Intervenor-Defendant PRPA respectfully requests an Order modifying the briefing schedule as set by the Local Rules;

IT IS HEREBY STIPULATED by Proposed Intervenor-Defendant PRPA, and Plaintiff DNREC, subject to the Court's approval, that:

1. Plaintiff DNREC shall file a response to PRPA's Motion to Intervene on or before November 13, 2009; and

2. PRPA shall file a reply, if any, on or before November 16, 2009.

Dated: November 12, 2009

        BALLARD SPAHR LLP

        */s/ Beth Moskow-Schnoll*
        Beth Moskow-Schnoll (#2900)
        Sean J. Bellew (#4072)
        Ballard Spahr LLP
        919 N. Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone: (302) 252-4465
        Facsimile: (302) 252-4466
          *Attorneys for Proposed Intervenor-Defendant*
          *Philadelphia Regional Port Authority*

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        */s/ Jennifer D. Oliva*
        Joseph R. Biden, III (#4203)
        Attorney General

        Jennifer D. Oliva (#5046)
        Kevin P. Maloney (#2410)
        Deputy Attorneys General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        Telephone: (302) 577-8400
          *Attorneys for Plaintiff*
          *Delaware Department of Natural Resources and*
          *Environmental Control*

SO ORDERED this _____ day of _____, 2009.

        _____
        Honorable Sue L. Robinson
        United States District Judge