IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF NATURAL<br>RESOURCES AND ENVIRONMENTAL<br>CONTROL,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF<br>ENGINEERS, HONORABLE JOHN<br>MCHUGH, HONORABLE JO-ELLEN<br>DARCY, LT. GEN. ROBERT L. VAN<br>ANTWERP, JR. and LT. COL.<br>THOMAS TICKNER,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 09-821-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 12th day of November, 2009,

IT IS HEREBY ORDERED that the oral argument originally scheduled for December 5, 2009 is hereby rescheduled to **Tuesday, December 8, 2009 at 9:30 a.m.** in courtroom no. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Each side will be given two hours to present their argument.

                                                                                    /s/ Sue L. Robinson
                                                           United States District Judge