**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| **STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL**<br><br>  **Plaintiff,**<br><br>**DELAWARE RIVERKEEPER NETWORK, the DELAWARE RIVERKEEPER, DELAWARE NATURE SOCIETY, NATIONAL WILDLIFE FEDERATION, NEW JERSEY ENVIRONMENTAL FEDERATION, CLEAN WATER ACTION,**<br><br>  **Proposed Plaintiffs-Intervenors,**<br>  **v.**<br>**UNITED STATES ARMY CORPS OF ENGINEERS (USACOE), THE HONORABLE JOHN McHUGH, Secretary of the Army, in his official capacity; JO-ELLEN DARCY, Assistant Secretary of the Army for Civil Works, in her official capacity; LT. GEN. ROBERT L. VAN ANTWERP, JR., Commander, USACOE, in his official capacity; LT. COL. THOMAS TICKNER, Commander, USACOE, North Atlantic Division, Philadelphia District, in his official capacity;**<br><br>  **Defendants.** | Civ. No. 09-821-SLR<br><br>Motion and Order for Admission *Pro Hac Vice* |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Koniers Brown, Esquire to represent Proposed Plaintiff-Intervenor Delaware Riverkeeper Network, the Delaware Riverkeeper, Delaware Nature Society, National Wildlife Federation, New Jersey Environmental Federation and Clean Water Action in this action.

Signed: /s/ Mary A. Jacobson
Mary A. Jacobson, Esquire (Delaware Bar ID No. 3508)
Mid-Atlantic Environmental Law Center
4601 Concord Pike, P.O. Box 7474
Wilmington, Delaware 19803
(302) 477-2086
Attorney for Delaware Riverkeeper Network, the Delaware Riverkeeper, Delaware Nature Society,
National Wildlife Federation, New Jersey Environmental Federation, Clean Water Action

Date: November 19, 2009

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

Date: _____

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the Commonwealth of

Pennsylvania and the State of New Jersey, as well as the Third Circuit Court of Appeals and the

Federal District Courts for the Eastern District of Pennsylvania and the District of New Jersey

and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action.   I also certify I am

generally familiar with this Court's Local Rules.  In accordance with the Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be

submitted to the Clerk's Office upon filing of this motion.


Signed: _____
Elizabeth Koniers Brown, Esquire
Senior Attorney
Delaware Riverkeeper Network
300 Pond Street, 2nd Floor
Bristol, PA 19007
(215) 369-1188 x108


Date: <u>November 19, 2009</u>