1304 Radford Rd.
Wilmington, De
19803
Dec. 9, 2009

Chief Judge Sue L. Robinson
U.S. District Court
844 N. King Street
Unit 31
Wilmington, De 19801

Dear Judge Robinson; I responded to the U.S. Army Corps of Engineers original dredging proposal with a suggestion to put spoils in berms or islands to reduce erosion from ship wake wash. I was of the opinions comments closed, but thank you for opening them as I have just completed a course at the Academy of Life Long Learning of the Univ. of Delaware with ref. "The Corps & the Shore" by Prof. Pilkey of Duke University, Emeritus, which questions the damage done by shore policies too close.

    I am a small boat paddler, rower, sailor and builder for my own recreation, and have been on ponds, lakes, rivers & ocean, taking my wife & children from time to time.

    When we rowed on the Delaware it was before oil cleanups, but I've seen ice flow damage & participated in shoreline cleanups, as well as in HUD disaster relief, Hurricane Agnes in Pennsylvania, where dikes burst.

    Scour has undermined Indian R. Bridge, now being replaced. Scour of Stony Creek mid stream bottom gives

[margin note, left side: The industry & U.S. Coast Guard responded & respond to cleanups now & since.]

it good footing, firm footing. I am of the opinion fines are gone or else firmed up. What study I have of it suggests the construction of I495 over unstable soil was made possible by dredge fill, drained & the bridges over Stony Creek at Fox Point. Haven't given troubles & launching a boat at high or low tide possible as is keeping clear of shipping lanes & traffic. (Without being warned.)

I have seen shore lines fenced off & boating access thus denied & I have taken up swimming at Brandywine YMCA to prevent the long delays from ruining my health from lack of opportunities to go boating as much as previously, but have not given up hope.

In one trip, paddling a canoe I went up Stony Creek to where the bicycle path is in Bellevue Park at high tide from launching at 7th Street ramp in Wilmington. That ramp now also fenced off.

I gave the canoe to friends at Fenwick Is. had lost theirs in a flood. We sailed over mud flats with lee board & sail rig there.

With all due respect to the parties involved, my wish & hope of a resolution to this suit & the issues. My reason for giving away my canoe to friends at Fenwick Is. is so they'd have an opportunity to evacuate in flooding as they live on the bay side as roads are increasingly congested even in normal times. He is disabled & quite heavy but manages pretty well.

In Wilmington, Habitat for Humanity was allowed to build in a flood plane & that made for a lot of stairs, but we had a disabled daughter living with us that I had to build a ramp for & the ramp is far easier & Delaware State Park ramps seemingly stand up to storms better than steps & provide small boat access, too.

I have a lifetime State Parks pass, but currently my boating is sailing scale models on Belleview Park ponds as proof to scale up full size & flying a kite or two plus swimming.

-4-

Whenever we go to the beach I take my models along to try them out in the surf. I've learned they can climb up the face of a wave just so far then on their own come about & head for shore. Rigs that can take tumbling on the shore break last O.K. without dismasting.

I came here in 1955 with a kayak I built in 1943 or so in Jacksonville, Florida. My son in Massachusetts is recovering it though it only leaked a little bit. So it's been paddled to N.J. & back, up the Christina & back, on the Brandywine & in the Chesapeake as well as St. Johns River, in Michigan on an inland lake, in the Gulf of Mexico near Palm Harbor & so my design a success within its limit of 10 feet long & a bit more freeboard than currently made in plastic, and is car topped.

Yes, I obey small boat warnings; paddling against a 25mph head wind in my canoe* accross Rehoboth Bay was arduous & now 81 years old, I swim more & paddle less. Sincerely, James R. Hodge

* With one lee board down off course by wind. (My kayak built with a vee bottom & small skeg.) so as not to be blown off course by wind.

P.S. I called Congressman Castle's office & wrote to Pres. Obama recently, suggesting tankers be built as submarines to deter pirates, and the refinery at Delaware City be started up again because their scrubber fixes carbon in coke & removes sulfur pollution.

Tankers built as submarines would be less affected by storm waves and storm winds, also.

They would have the advantage on the Delaware River of being able to go beneath ice floes in delivery of fuel oil for heating Philadelphia in ice floes that stop ordinary tug & barges, as has happened causing crisis.

A similar crisis is salt water intrusion which I think would be lessened by more dredged river capacity in the same way heavy storm inland bay floods are relieved by more inlets dredged, also.



James R. Hodges
1304 Radford Road
Wilmington, DE 19803

WILMINGTON DE 197
09 DEC 2009 PM 3 L

Chief Judge Sue L. Robinson
U.S. District Court
844 N. King Street
Unit 31
Wilmington, DE 19801